IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

In the Matter of the Application of
GUARDIANSHIP OF URQUIZA
for an Order Seeking Discovery
Under 28 U.S.C. § 1782

Case No. Misc. No. 12- *MC — 24300*

## ORDER GRANTING APPLICATION
## PURSUANT TO 28 U.S.C. § 1782

Upon review of the Curator's Application for An Order Seeking Discovery Under 28 U.S.C. § 1782 (the "Application"), the Court finds that the application meets all of the required elements under 28 U.S.C § 1782, and all of the principles of due process and comity weigh in favor of the Court granting the Application, so that the Curator shall have this material information and properly discharge his duties in Brazil.

Accordingly, this Court ORDERS:

1.     The Curator's request to issue a subpoena for documents from Citibank, is GRANTED.

2.     The Curator's request to issue a subpoena for documents from HSBC, is GRANTED.

3.     The Curator's request that discovery be conducted under the Federal Rules of Civil Procedure, Rules 30 and 45 is GRANTED.

IT IS SO ORDERED.
*Dec 11, 2012 @ Miami, Fl.*

_____
United States District Court Judge
*MAGISTRATE*
*John J. O'Sullivan*

MIA 182,925,607v1 141740.010100